1:23-CV-00529-KFP

CARLA BURKETT
V.
JEFFERS, INC.


DOC. 6, JUDGMENT
STRICKEN DUE TO ENTERED
IN WRONG CASE

PLEASE DISREGARD
THIS DOCKET ENTRY